■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD N. POWLESS, JR., Appellant.—Judgment unanimously affirmed. Memorandum: Following his admission to charges that he violated probation, defendant was resentenced to an indeterminate term of 1 to 3 years on his conviction for driving while intoxicated, a class E felony (see, Vehicle and Traffic Law § 1193 [1] [c]). That sentence was lawful, and we decline to exercise our discretionary authority to modify it (see, CPL 470.15 [6] [b]). Further, the record does not support defendant's assertion that he was promised a lesser sentence. (Appeal from Judgment of Oswego County Court, Brandt, J.— Violation of Probation.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE LEE SMITH, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the tactical decisions of trial counsel denied him effective assistance of counsel (see, People v Rivera, 71 NY2d 705, 708-709; People v Benn, 68 NY2d 941, 942; see also, People v Satterfield, 66 NY2d 796, 798-799; People v Baldi, 54 NY2d 137, 146-147).

We have examined defendant's remaining contention and find it to be without merit. (Appeal from Judgment of Supreme Court, Erie County, Kasler, J.—Rape, 1st Degree.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.